IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNAN GILILLAND                                                                           PLAINTIFF

v.                                              4:23-cv-00609-JM

DOES                                                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 19th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE